IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 NOV 15 PM 5:48

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GAMSO,<br><br>Defendant. | 8:18CR313<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1) |

The Grand Jury Charges:

## COUNT I

On or about October 27, 2018, in the District of Nebraska, DAVID GAMSO, defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant United States Attorney