IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID GAMSO<br>    Defendant. | 8:18CR313<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

  COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

  DATED this 4th day of June, 2019.

                UNITED STATES OF AMERICA
                Plaintiff

                JOSEPH P. KELLY
                United States Attorney

                *s/Kimberly C. Bunjer*
      By: KIMBERLY C. BUNJER #20962
         Assistant U.S. Attorney
         1620 Dodge Street, #1400
         Omaha, Nebraska 68102-1506
         Tel: (402) 661-3700
         Fax: (402) 345-5724
         kim.bunjer@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Brent Bloom, Attorney for Defendant.

                                                   s/Kimberly C. Bunjer
                                                   KIMBERLY C. BUNJER
                                                   Assistant United States Attorney