PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

**SEALED**

U.S.A. vs. David Gamso Docket No. 8:18CR00313

Petition for Action on Conditions of Pretrial Release

COMES NOW Megan N. Davis, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant David Gamso, who was placed under pretrial release supervision by the Honorable Susan M. Bazis sitting in the Court at Omaha, on June 27, 2019, under the following conditions:

(3) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.
(a) Truthfully report to the United States Probation and Pretrial Services Office as directed [telephone no. (402) 437-1920] and comply with their directions.
(d) Maintain or actively seek employment when allowed by treatment regimen.
(n) Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
(q) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer; and pay all or a portion of the treatment in an amount and on a schedule to be arranged by the supervising officer. Copies of the evaluator's reports and recommendations must be given to all counsel and the court.
(v) Not be with, associate with, or communicate with persons known or suspected to be or to have been involved in drug use or trafficking or weapons possession or weapons trafficking without the prior approval of the supervising officer or the Court except as required by a treatment regimen.
y) Upon successful completion of the residential portion of the St. Francis Alcohol and Drug Treatment Center program, condition (k) will term. You must reside at a residence approved of in advance by the supervising officer.

Respectfully presenting petition for action of Court and for cause as follows:

Between August 5, 2019 and August 14, 2019, the defendant moved to an unapproved address and failed to notify his supervising officer.

Between July 2, 2019 and September 3, 2019, the defendant failed to report as directed five times to his supervising officer.

Between July 25, 2019 and September 9, 2019, the defendant failed to obtained employment.

On August 29, 2019, the defendant admitted to using methamphetamine after being confronted

with two positive drug tests for amphetamines on August 21, 2019 and August 28, 2019. The defendant admitted to associating with a friend to get the methamphetamine.

On September 9, 2019, the defendant failed to participate in substance abuse treatment.

***PRAYING THAT THE COURT WILL ORDER A SEALED WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST REQUIRING HIM TO APPEAR AND ANSWER TO THESE ALLEGATIONS.***

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered on  9-9-19  and ordered filed and made a part of the records in the above case. | Executed on: September 9, 2019 |
| _____ <br> U.S. Magistrate Judge | _____ <br> U.S. Probation and Pretrial Services Officer |
|  | Reviewed and Approved by: <br> _____ <br> Kimi J. Jensen, Supervising <br> U.S. Probation and Pretrial Services Officer |