IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR313 |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT |
| DAVID GAMSO | ) | |
| Defendant. | ) | |

COMES NOW AFFIANT, DAVID GAMSO, being first duly sworn upon oath deposes and states as follows:

1. That I am the Defendant in the above captioned case, am over 19 years old, am competent to testify to the matters set forth herein, and have personal knowledge of the facts contained herein;

2. After consulting with counsel, defendant is aware of the provisions of the Speedy Trial Act (18 U.S.C- $ 3161, et seq.) and requests that the Motion to Continue Trial be granted;

3. That I believe that it is in my best interest that my lawyer have sufficient time to prepare my defense and advise me regarding my case. I understand that the time sought by the extension will be excluded from any calculation under the Speedy Trial Act, 28 U.S.C. 3161 and following.

4. Defendant agrees to this request after consultation with counsel regarding his rights in this matter. Defendant understands that additional time is required for counsel to appropriately represent her in this case.

5. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
DAVID GAMSO

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

SUBSCRIBED AND SWORN to before me on this 15th day of October, 2019.

_____
Notary Public

General Notary - State of Nebraska
BRENT BLOOM
My Comm. Exp. Nov. 30, 2019.

### CERTIFICATE OF SERVICE

The undersigned hereby by certifies that the foregoing Affidavit was filed on electronically with the United States District Court for the District of Nebraska through ECF and that the system generated electronic notification to:

Kim Bunjer, Assistant United States Attorney for the District of Nebraska

Dated this 16th day of October, 2019.

By:
/s/ Brent M. Bloom, #18239
416 South 14th Street
Omaha, Nebraska 68102
(402) 342-2833
Attorney for Defendant