IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR313 |
| vs. | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DAVID GAMSO, | |
| Defendant. | |

1. The defendant is presently incarcerated in the Buffalo County Jail, Kearney, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Michael D. Nelson for a hearing beginning on or after November 8, 2019, at 1:30 p.m.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Buffalo County Jail and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

UNITED STATES OF AMERICA,
Plaintiff

JOSEPH P. KELLY
United States Attorney

By: *s/Kimberly C. Bunjer*
KIMBERLY C. BUNJER #20962
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

CERTIFICATE OF SERVICE

       I hereby certify that on October 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                                    s/Kimberly C. Bunjer
                                                   KIMBERLY C. BUNJER
                                                   Assistant United States Attorney