IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DAVID GAMSO,<br><br>               Defendant. | 8:18CR313<br><br><br>OBJECTION TO REVISED PRESENTENCE INVESTIGATION REPORT AND PLAINTIFF'S STATEMENT |

COMES NOW Plaintiff, United States of America by and through the undersigned Assistant United States Attorney, and provides this written statement.

The United States stands by the 11(c)(1)(C) plea agreement.

The government does not intend to offer any other additional testimony except as in rebuttal in the evidence or testimony offered by the defendant, concerning the materials provided in the Revised Presentence Investigation Report. Plaintiff adopts the remaining information and materials other than that objected to that are contained within the Revised Presentence Investigation Report.

Dated this 6th day of April, 2020.

UNITED STATES OF AMERICA,
Plaintiff

JOSEPH P. KELLY
United States Attorney

By: *s/Kimberly C. Bunjer*
KIMBERLY C. BUNJER #20962
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Brent Boom, Attorney at Law.

I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.

Roy Avalos
U.S. Probation Officer

*s/Kimberly C. Bunjer*
KIMBERLY C. BUNJER
Assistant United States Attorney