12-1-20

Hi this is David Gamso #312130047 i am writeing about case number 8:18 CR313 i would very much appreciate it if you could send me my judgement and comitment papers along with my docket sheet and sentencing transcripts at your eailiest conveince i would very much appreciate it i rly need those documents as soon as possible thankyou if they cost money please let me know how much, and please send which ever you can thankyou im indegient and don't have much money but really need those papers

RECEIVED
DEC 14 2020
CLERK
U.S. DISTRICT COURT

David Gansot #31213047
Po Box 26035
Beamont, Tx 77720
USP

NORTH HOUSTON TX 773
9 DEC 2020 PM 3 L



RECEIVED
DEC 14 2020
CLERK
U.S. DISTRICT COURT

US Clerk of Court
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322

68102-132277

**Denise M. Lucks**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
## OFFICE OF THE CLERK
www.ned.uscourts.gov

**Gabriela Acosta**
**Chief Deputy Clerk**

December 14, 2020

David Gasmo #31213047
PO Box 26035
Beaumont, TX 77720

Dear Mr. Gasmo:

We received your letter dated December 1, 2020, regarding your request for copies in case 8:18cr313. In accordance with court auditing requirements, we must receive payment before the copies can be sent to you. If you are requesting free copies, you must file a motion with the court.

Here is the cost breakdown of your copy request:

- Docket Sheet is 8 pages @ $.50 per page = $4.00
- Judgment (Filing #60) is 9 pages @ $.50 per page = $4.50

Please make your check or money order payable to Clerk, U.S. District Court.

The sentencing transcript has not been prepared. If you would like to request that a hearing be transcribed, please complete the enclosed Request for Transcript form and return it to our office. If the request is approved, you will then be notified by the court reporter of the cost. Prepayment will be required before you can receive a copy of the requested transcript.

If you have any questions, please contact us at (866) 220-4381. Thank you.

Sincerely,

Laura Monsees
Deputy Clerk

#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379